

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-21-00471-CR

Caleb Patrick **DANIELS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's brief was originally due March 31, 2022; however, the court granted an extension of time to file the brief until May 2, 2022. On April 18, 2022, appellant filed a motion requesting until June 2, 2022 to file the brief. We **grant in part** the motion and order appellant's attorney, to file the brief by **May 31, 2022**. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court